# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE ▪ 250 PEHLE AVENUE, SUITE 401 ▪ SADDLE BROOK, N.J. 07663
201-845-9600 ▪ FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

November 25, 2015

**VIA ECF**
Hon. William H. Walls, Senior USDJ
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

**VIA ECF**
Hon. Cathy L. Waldor, USMJ
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

RE:  *In Re: Lamictal Direct Purchasers Antitrust Litigation*
Master File No. 12-cv-995 (WHW-CLW) ("In re Lamictal")

Rochester Drug Co-Operative, Inc., et al. v. Smithkline Beecham Corporation, etc., et al.
Civil Action No. 2:15-cv-08034 (WHW-CLW) ("RDC")

Dear Judges Walls and Walder:

On November 12, 2015, the above-referenced RDC matter was filed in this Court. It is a class action which asserts claims on behalf of direct purchasers of Lamictal tablets. The claims asserted in RDC are substantially identical to those in the operative complaint in In re Lamictal. Pursuant to paragraph 8 of Pretrial Order Number 1 entered in In re Lamictal, all "[s]ubsequently filed…actions that assert claims on behalf of director purchasers of Lamictal tablets shall be consolidated with [In re Lamictal]."

All parties in both In re Lamictal and RDC have executed a Stipulation and [Proposed] Order for Consolidation, etc. which will have the effect of consolidating RDC with In re Lamictal, agreeing that the answers filed by the defendants in In re Lamictal also shall be deemed answers to the Complaint filed in RDC, and providing that discovery in either action shall be deemed discovery in the other. The Stipulation also provides for an acknowledgment and acceptance of service by defendants in RDC.

**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
COUNSELLORS AT LAW

November 25, 2015
Page 2

All parties request, respectfully, the Stipulation be entered.

Naturally, should Your Honors have any questions with respect to the Stipulation or any other issues in this matter, you should feel free to contact any counsel at your convenience.

              Respectfully yours,

              */s/ Peter S. Pearlman*

PSP:ez             Peter S. Pearlman
Enclosure
cc: All Counsel of Record (via ECF only)